MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>04-43222-RJK</u> |
| SHEPPARD, ROBERT J | ) | |
| SHEPPARD, SUSAN J | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>68,713.15</u>, disbursements of $<u>5,583.83</u>, and balance on hand of $<u>63,129.32</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $46,202.89 (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|
| INTERNAL REVENUE SERVICE | TAX LIEN CLAIM 000007A | $46,202.89 |

5. The maximum allowable trustee compensation is $<u>6,685.66</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>6,685.66</u> for final compensation and an additional $<u>158.29</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

      (a)    $16,926.43, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---:|---:|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 6,685.66 | 6,685.66 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 158.29 | 158.29 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 7,670.00 | 7,670.00 |
| LINDA M. BERREAU | ACCOUNTANT FEES | 1,363.00 | 1,363.00 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 1,017.78 | 1,017.78 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 31.70 | 31.70 |
|  | Total | 16,926.43 | 16,926.43 |

      (b)    $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---:|---:|
| MINNESOTA DEPT OF REVENUE | 000008 | 066 | 7,557.24 | 0.00 |
| INTERNAL REVENUE SERVICE | 000007B | 066 | 94,511.64 | 0.00 |

      (c)    $0.00, for unsecured creditors allowed in the total amount of $298,982.32, yielding a dividend of 0.0000000% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| HOUSEHOLD FINANCE | 000003 | 9,632.59 | 0.00 |
| LAMBERT YARDS INC | 000002 | 13,671.73 | 0.00 |
| MAINSTREET BANK | 000005 | 53,319.65 | 0.00 |
| ROOF DEPOT | 000001 | 61,506.21 | 0.00 |
| TERRY SWEENEY | 000006 | 18,446.54 | 0.00 |
| THOMAS W MURRAY | 000004 | 43,069.00 | 0.00 |
| WELLS FARGO FINANCIAL NATIONAL BANK | 000009 | 4,824.96 | 0.00 |
| Total | | $204,470.68 | $0.00 |

7.      The trustee's distribution of gross receipts of $68,713.15 from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ 6,685.66 | a. | Trustee Compensation | |
| $ 7,670.00 | b. | Fee for Attorney for Trustee | |
| $ 0.00 | c. | Fee for Attorney for Debtor | |
| $ 5,068.00 | d. | Other Professionals | |
| $ 2,086.60 | e. | All expenses, including Trustee and Court costs | |
| $ 47,202.89 | f. | Secured Creditors | |
| $ 0.00 | g. | Priority Creditors | |
| $ 0.00 | h. | Unsecured Creditors | |
| $ 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) | |
| $ 68,713.15 | j. | SUBTOTAL (sum of lines a through i) | |
| $ 0.00 | k. | Payments to Debtor (including payments of exemptions) | |
| $ 68,713.15 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) | |

8.      The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

   WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  August 17, 2006                  /e/ Randall L. Seaver
                                         RANDALL L. SEAVER, Trustee
                                         12400 PORTLAND AVENUE SOUTH
                                         SUITE 132
                                         BURNSVILLE, MN  55337
                                         (952) 890-0888


### REVIEW BY UNITED STATES TRUSTEE

   I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: ~~September 8, 2006~~                HABBO G. FOKKENA
                                            UNITED STATES TRUSTEE
                                            Region 12

                                         By: /s/ Lynn C. Stoltzman

| Case No: | 04-43222   RJK   Judge: Robert J. Kressel | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SHEPPARD, ROBERT J | Date Filed (f) or Converted (c): | 06/08/04 (f) |
| | SHEPPARD, SUSAN J | 341(a) Meeting Date: | 07/01/04 |
| For Period Ending: | 08/19/06 | Claims Bar Date: | 10/25/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TCF BANK ACCOUNT | 100.00 | 0.00 | DA | 0.00 | FA |
| 2. HOMESTEAD | 330,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. 1994 DODGE CARAVAN | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. JEWELRY | 1,300.00 | 475.00 | | 475.00 | FA |
| 5. PONTOON | 10,000.00 | 0.00 | | 0.00 | FA |
| Schedules incorrectly stated this was on homestead lien. Actually it was sold pre-petition. | | | | | |
| 6. MEMBERSHIP INTEREST--DCS PROPERTIES, INC. | 1.00 | 0.00 | DA | 0.00 | FA |
| 7. STOCK IN RJ SHEPPARD CONSTRUCTION INC. | 1.00 | 0.00 | DA | 0.00 | FA |
| 8. HOUSEHOLD GOODS AND FURNISHINGS | 6,835.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. PREFERENCE RECOVERY--ROOF REPO | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 10. INHERITANCE (u) | 0.00 | 1.00 | | 40,363.50 | FA |
| 11. STEWART TITLE ESCROW FUNDS | 22,000.00 | 0.00 | OA | 0.00 | FA |
| Lien exceeds value | | | | | |
| 12. 2004 GLASTRON BOAT & TRAILER | 22,000.00 | 14,500.00 | | 14,500.00 | FA |
| The boat was sold at auction for $14,500.00, less a commission of $2,175.00 and expenses of sale totalling $267.97, for a net to the estate of $12,057.03. | | | | | |
| 13. PAYROLL - SUSAN | 224.90 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. PAYROLL - ROBERT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15. CASH ON HAND (u) | 0.00 | 800.00 | | 0.00 | 800.00 |
| 16. TRAILER (u) | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 11.50c

| Case No: | 04-43222   RJK   Judge: Robert J. Kressel | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SHEPPARD, ROBERT J | Date Filed (f) or Converted (c): | 06/08/04 (f) |
|  | SHEPPARD, SUSAN J | 341(a) Meeting Date: | 07/01/04 |
|  |  | Claims Bar Date: | 10/25/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Included in item 22 |  |  |  |  |  |
| 17. DCS PROPERTIES BANK ACCOUNT | 0.00 | 1.00 | DA | 0.00 | FA |
| 18. TCF GARNISHMENT REFUND | 18.31 | 18.31 | DA | 0.00 | FA |
| 19. 2003 FORD (u) | 22,700.00 | 0.00 |  | 0.00 | FA |
| TITLED TO RJ SHEPPARD CONSRTUCTION INC. Asset was not on original schedules but concealed by debtor; it wasn't until Trustee discovered asset that debtor amended to include this and claim as exempt. Debtor Claimed Exemption |  |  |  |  |  |
| 20. RJ SHEPPARD CONSRUCTION INC. TRAILERS (u) | 9,500.00 | 7,000.00 |  | 10,200.00 | FA |
| This asset was concealed by debtors and not on original schedules; after Trustee discovered asset, debtor amended to include. The trailers wer sold at auction for a gross amount of $10,200.00, less auctioneer's fees of $1,530.00 and expenses of sale of $508.81, for a net to the estate of $8,161.19. |  |  |  |  |  |
| 21. HOMEMADE TRAILER (COMPANY OWNED) (u) | 900.00 | 1.00 |  | 0.00 | FA |
| This was not scheduled until after Trustee discovered asset. |  |  |  |  |  |
| 22. RJ SHEPARD CONSTRUCTION INC TRAILER | 1,000.00 | 0.00 |  | 0.00 | FA |
| Scheduled in RJ Sheppard Construction Bankruptcy case; not included in debtor's schedules until Trustee discovered and debtors amended |  |  |  |  |  |
| 23. HAND TOOLS | 1,000.00 | 1,000.00 |  | 0.00 | FA |
| This was not in original schedules and was a concealed asset. Debtor amended after discovey of these assets. Debtor Claimed Exemption |  |  |  |  |  |
| 24. HOUSEHOLD GOODS AND FURNISHINGS | 6,835.00 | 0.00 |  | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 25. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 674.65 | Unknown |

LFORM1

Ver: 11.50c

Case No: 04-43222    RJK    Judge: Robert J. Kressel      Trustee Name:    RANDALL L. SEAVER
Case Name: SHEPPARD, ROBERT J      Date Filed (f) or Converted (c): 06/08/04 (f)
SHEPPARD, SUSAN J      341(a) Meeting Date: 07/01/04
Claims Bar Date: 10/25/04

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $ 437,915.21 | $ 26,296.31 | | $ 68,713.15 | Gross Value of Remaining Assets $800.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee obtained a denial of discharge. The debtor's assets are subject to a federal tax lien. Because of the tax lien, items 1, 6, 7 and 17
have no value and items 15 and 18 will be abandoned as collection costs would exceed value.

Initial Projected Date of Final Report (TFR): 09/30/05      Current Projected Date of Final Report (TFR): 02/28/06

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | |
|---|---|
| Case No: | 04-43222 -RJK |
| Case Name: | SHEPPARD, ROBERT J |
| | SHEPPARD, SUSAN J |
| Taxpayer ID No: | *******4020 |
| For Period Ending: | 08/19/06 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4708 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 20,248,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/27/04 | 9 | The Gurstel Law Firm, P.A._401 North Third Street, Suite 590_Minneapolis, MN 55401 | PREFERENCE RECOVERY | 1141-000 | 2,500.00 | | 2,500.00 |
| 08/11/04 | 4 | Susan J. Sheppard_1695 Main Street_Centerville, MN 55038 | Jewelry_General Sale Of Estate Property | 1129-000 | 475.00 | | 2,975.00 |
| 08/23/04 | | Fred W. Radde & Sons_New Germany, MN 55367 | Sale of Boat_2004 Glastron boat was sold at auction for $14,500.00, less a commission of $2,175.00, and expenses of sale totalling $267.97, for a net to the estate of $12,057.03. | | 12,057.03 | | 15,032.03 |
| | 12 | FRED W. RADDE & SONS | Memo Amount: 14,500.00_Sale of Boat | 1129-000 | | | |
| | | FRED W. RADDE & SONS | Memo Amount: ( 2,175.00 )_AUCTIONEER'S FEES | 3610-000 | | | |
| | | FRED W. RADDE & SONS | Memo Amount: ( 267.97 )_Expenses of sale | 3620-000 | | | |
| 08/31/04 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.38 | | 15,032.41 |
| 09/30/04 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.23 | | 15,033.64 |
| 10/29/04 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.27 | | 15,034.91 |
| 11/06/04 | | Fred W. Radde & Sons_Fred lll_Auction Account_New Germany, MN 55367 | Sale of trailers_The trailers at item #20 were sold at auction for $10,200.00, less auctioneer's commission of $1,530.00 and expenses of sale of $508.81, for a net received by the estate of $8,161.19. | | 8,161.19 | | 23,196.10 |
| | 20 | FRED W. RADDE & SONS | Memo Amount: 10,200.00_Sale of trailers | 1229-000 | | | |
| | | FRED W. RADDE & SONS | Memo Amount: ( 1,530.00 )_AUCTIONEER'S FEES | 3610-000 | | | |

Page Subtotals  23,196.10  0.00

Ver: 11.50c

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 04-43222 -RJK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SHEPPARD, ROBERT J | Bank Name: | BANK OF AMERICA, N.A. |
| | SHEPPARD, SUSAN J | Account Number / CD #: | *******4708 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4020 | | |
| For Period Ending: | 08/19/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | FRED W. RADDE & SONS | Memo Amount: ( 508.81 ) Auctioneer's expenses | 3620-000 | | | |
| 11/30/04 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.65 | | 23,197.75 |
| 12/31/04 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.96 | | 23,199.71 |
| 01/31/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.97 | | 23,201.68 |
| 02/28/05 | 25 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.45 | | 23,206.13 |
| 03/20/05 | 10 | Union Bank & Trust Trust Department 312 Central Avenue Minneapolis, MN 55414 | Inheritance | 1290-000 | 40,363.50 | | 63,569.63 |
| 03/31/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.40 | | 63,577.03 |
| 04/29/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 13.06 | | 63,590.09 |
| 05/31/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 13.51 | | 63,603.60 |
| 06/09/05 | 000101 | International Sureties, Ltd. Suite 1700 210 Baronne Street New Orleans, La. 70112 | TRUSTEE BOND Bond #016018055 | 2300-000 | | 50.44 | 63,553.16 |
| 06/30/05 | 25 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 13.06 | | 63,566.22 |
| 07/29/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 13.50 | | 63,579.72 |
| 08/31/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 32.75 | | 63,612.47 |
| 09/30/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 41.83 | | 63,654.30 |
| 10/31/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 43.25 | | 63,697.55 |
| 11/30/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 41.88 | | 63,739.43 |
| 12/30/05 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 43.30 | | 63,782.73 |
| 01/31/06 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 43.34 | | 63,826.07 |
| 02/28/06 | 25 | BANK OF AMERICA, N.A. | Interest Rate 1.100 | 1270-000 | 39.69 | | 63,865.76 |
| 03/31/06 | 25 | BANK OF AMERICA, N.A. | Interest Rate 1.100 | 1270-000 | 59.67 | | 63,925.43 |
| 04/28/06 | 25 | BANK OF AMERICA, N.A. | Interest Rate 1.100 | 1270-000 | 57.79 | | 63,983.22 |
| 05/31/06 | 25 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 60.48 | | 64,043.70 |

Page Subtotals  40,898.04  50.44

Ver: 11.50c

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 04-43222 -RJK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SHEPPARD, ROBERT J | Bank Name: | BANK OF AMERICA, N.A. |
| | SHEPPARD, SUSAN J | Account Number / CD #: | *******4708 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4020 | | |
| For Period Ending: | 08/19/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/06 | 000102 | Main Street Bank | Settlement of lien claim | 4210-000 | | 1,000.00 | 63,043.70 |
| 06/22/06 | 000103 | Interantional Sureties, Ltd. | Trustee bond | 2300-000 | | 51.61 | 62,992.09 |
| | | ATTN: Marley V. Miller | Bond #016018055 | | | | |
| | | 203 Carondelolet, Ste. 500 | | | | | |
| | | New Orleans, LA 70112 | | | | | |
| 06/30/06 | 25 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 67.61 | | 63,059.70 |
| 07/31/06 | 25 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 69.62 | | 63,129.32 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 24,700.00 | COLUMN TOTALS | 64,231.37 | 1,102.05 | 63,129.32 |
| Memo Allocation Disbursements: | 4,481.78 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 64,231.37 | 1,102.05 | |
| Memo Allocation Net: | 20,218.22 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 64,231.37 | 1,102.05 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 24,700.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 4,481.78 | Money Market - Interest Bearing - *******4708 | 64,231.37 | 1,102.05 | 63,129.32 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 20,218.22 | | 64,231.37 | 1,102.05 | 63,129.32 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      137.23      1,051.61

Ver: 11.50c

LFORM24

# PROPOSED DISTRIBUTION

Case Number: 04-43222    RJK                                   Page 1                                   Date: August 19, 2006
Debtor Name: SHEPPARD, ROBERT J \ SHEPPARD, SUSAN J

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---:|---:|---:|---:|---:|
| | Beginning Balance | | | | | | | $63,129.32 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $6,685.66 | $0.00 | $6,685.66 | $6,685.66 | $56,443.66 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $158.29 | $0.00 | $158.29 | $158.29 | $56,285.37 |
| 0000010 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $7,670.00 | $0.00 | $7,670.00 | $7,670.00 | $48,615.37 |
| 0000011 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $1,017.78 | $0.00 | $1,017.78 | $1,017.78 | $47,597.59 |
| 0000012 | LINDA M. BERREAU | Admin | 025 | $1,363.00 | $0.00 | $1,363.00 | $1,363.00 | $46,234.59 |
| 0000012 | LINDA M. BERREAU * | Admin | 025 | $31.70 | $0.00 | $31.70 | $31.70 | $46,202.89 |
| 000007A | INTERNAL REVENUE SERVICE | Priority | 064 | $68,155.87 | $0.00 | $68,155.87 | $46,202.89 | $0.00 |
| 000007B | INTERNAL REVENUE SERVICE | Priority | 066 | $94,511.64 | $0.00 | $94,511.64 | $0.00 | $0.00 |
| 000008 | MN DEPT OF REVENUE | Priority | 066 | $7,557.24 | $0.00 | $7,557.24 | $0.00 | $0.00 |
| 000001 | ROOF DEPOT | Unsec | 070 | $61,506.21 | $0.00 | $61,506.21 | $0.00 | $0.00 |
| 000002 | LAMBERT YARDS INC | Unsec | 070 | $13,671.73 | $0.00 | $13,671.73 | $0.00 | $0.00 |
| 000003 | HOUSEHOLD FINANCE | Unsec | 070 | $9,632.59 | $0.00 | $9,632.59 | $0.00 | $0.00 |
| 000004 | THOMAS W MURRAY | Unsec | 070 | $43,069.00 | $0.00 | $43,069.00 | $0.00 | $0.00 |
| 000005 | MAINSTREET BANK | Unsec | 070 | $53,319.65 | $0.00 | $53,319.65 | $0.00 | $0.00 |
| 000006 | TERRY SWEENEY | Unsec | 070 | $18,446.54 | $0.00 | $18,446.54 | $0.00 | $0.00 |
| 000009 | WELLS FARGO FINANCIAL NATIONAL BANK | Unsec | 070 | $4,824.96 | $0.00 | $4,824.96 | $0.00 | $0.00 |
| << Totals >> | | | | $391,621.86 | $0.00 | $391,621.86 | $63,129.32 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 04-43222 RJK
**Debtor:** SHEPPARD, ROBERT J
**Joint Debtor:** SHEPPARD, SUSAN J

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $68,713.15

|  |  |  |  |
|---|---|---|---|
|  | $68,713.15 | 25% of First $5,000 | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |
| Balance | $63,713.15 | 10% of Next $45,000 | $4,500.00 |
| Less - | $45,000.00 | ($4,500 Maximum) |  |
| Balance | $18,713.15 | 5% of Next $950,000 | $935.66 |
| Less - | $18,713.15 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $6,685.66
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$6,685.66**

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 333 pages @ 0.25 / page | $83.25 |
| MSGR: MESSENGER/DELIVERY FEE 1 @ 64.07 | $64.07 |
| POST: Postage 9 each @ 0.39 / each | $3.51 |
| POST: Postage 1 each @ 1.11 / each | $1.11 |
| POST: Postage 1 each @ 1.60 / each | $1.60 |
| POST: Postage 1 each @ 4.75 / each | $4.75 |

TOTAL EXPENSES CALCULATED: $158.29
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$158.29**

==============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$6,843.95**

**DATED: 08/19/06**

# Compensation and Expenses Worksheet

**Case Number:** 04-43222 RJK
**Debtor:** SHEPPARD, ROBERT J
**Joint Debtor:** SHEPPARD, SUSAN J

**SIGNED** _____  **TRUSTEE:** RANDALL L. SEAVER
 12400 PORTLAND AVENUE SOUTH
 SUITE 132
 BURNSVILLE, MN  55337